UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISON

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 0 7 2016
DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

JASON FILES, Special Administrator of  )
The Estate of Melenta Zekanovic, Deceased,)
and His Surviving Heirs and Dependents,  )
                                         )
                    Plaintiffs,          )
                                         )
vs.                                      )
                                         )
UNITED PARCEL SERVICE, INC.              )
and MYRTIS EASTER,                       )
                                         )
                    Defendants.          )

CIVIL ACTION NO. _16-4060_

## NOTICE OF REMOVAL

Defendant Myrtis Easter ("Easter") hereby removes this action pursuant to 28 U.S.C. §§ 1441 and 1446 from the Circuit Court of Hempstead County, Arkansas (29CV-16-87-1) to the United States District Court for the Western District of Arkansas, Texarkana Division. In support of removal, Easter states the following:

## PROCEDURAL HISTORY

1.      On June 17, 2016, the above captioned lawsuit was instituted by Plaintiff Jason Files, Special Administrator of The Estate of Melenta Zekanovic, Deceased ("Plaintiff"), and is now pending in the Hempstead County Circuit Court. (A true and correct copy of the Complaint is annexed hereto as Exhibit A.)

2.      On June 28, 2016, Easter was served with a copy of the Complaint. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, and orders served upon Easter in this action are attached hereto. The time for Easter to answer or otherwise plead in response to the Complaint has not

expired, and Easter has not yet filed an answer or other responsive pleading to the Complaint. Ark. Ct. R. 6.

3.　　Defendant United Parcel Service, Inc. ("UPS") has not, at the time of this writing, been formally served with process.

## NOTICE OF REMOVAL

4.　　This Notice of Removal is timely because it is filed within 30 days of the receipt by Easter of the Complaint. 28 U.S.C. § 1446(b)(1). The Complaint was served on Easter on June 28, 2016. This Notice is being filed within 30 days of that service.

## JURISDICITON

5.　　This action is one of a civil nature over which this Court has original jurisdiction based upon the diversity of citizenship under 28 U.S.C. § 1332.

6.　　Plaintiff was, at the time his Complaint was filed, and is at time of this writing, diverse from all of Defendants.

7.　　The amount in controversy exceeds the jurisdictional sum of $75,000, exclusive of interest and cost.

## CITIZENSHIP OF THE PARTIES

8.　　The decedent, Melenta Zekanovic, was a resident of Kitchener, Ontario, Canada, at the time of his death. Pursuant to 28 U.S.C. § 1332(c)(2), Plaintiff shall be deemed to be a citizen only of the same State as the decedent.

9.　　Easter is a resident of Pulaski County, Arkansas.

10.　　UPS is an Ohio corporation with a principal place of business in Atlanta, Georgia.

## AMOUNT IN CONTROVERSY

11.     The amount in controversy exceeds the jurisdictional sum of $75,000, exclusive of interest and costs. (Exhibit A at p. 4.)

## CONSENT TO REMOVE

12.     Easter has obtained the consent of his employer, UPS, to remove this action from the Hempstead County Circuit Court to the United States District Court for the Western District of Arkansas.

13.     Easter will serve on Plaintiff's counsel a true and correct copy of this Notice of Removal.  28 U.S.C. § 1446(d).  Easter will file with the Circuit Court of Hempstead County, Arkansas a true and correct copy of this Notice of Removal.

WHEREFORE, Defendant Myrtis Easter hereby removes this action to this Court for further proceedings at law.

Respectfully Submitted,

James C. Baker, Jr.
Ark. Bar #86009
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
(501) 376-2011
baker@fridayfirm.com

and

Thomas O. O'Connor
ANSA ASSUNCAO, LLP
707 Westchester Avenue, Suite 309
White Plains, New York 10604
(914) 298-2260
thomas.oconnor@ansalaw.com

*Attorneys for Defendants*
*United Parcel Service, Inc. and Myrtis Easter*

By: _____

JAMES C. BAKER, JR.

## CERTIFICATE OF SERVICE

I, JAMES C. BAKER, JR., hereby certify that a copy of the above and foregoing has been served on the following counsel of record by the USDC Electronic Notification System and by electronic mail, this 7th day of July, 2016.

Matthew E. Hartness, Esq.
The Brad Hendricks Law Firm, P.A.
500 C Pleasant Valley Drive
Little Rock, Arkansas 72227
mhartness@bradhendricks.com

_____

JAMES C. BAKER, JR.