## IN THE CIRCUIT COURT OF HEMPSTEAD COUNTY, ARKANSAS

JASON FILES, Special Administrator of
the Estate of Melenta Zekanovic, Deceased,
and His Surviving Heirs and Dependents                                PLAINTIFFS

V.                          NO. 29CV-16-87-1

UNITED PARCEL SERVICE, INC. and
MYRTIS EASTER                                                         DEFENDANTS

### COMPLAINT

Come the Plaintiffs, by and through counsel, Matthew E. Hartness, and for their cause of

action state:

1.    Plaintiff, Jason Files, was appointed Special Administrator of the Estate of Melenta

Zekanovic, deceased, on May 12, 2016, by the Probate Court of Hempstead County, Arkansas, Case

No.29PR-16-71-1.   Jason Files is an attorney practicing in the State of Arkansas and is a resident

of Pulaski County, Arkansas.

2.    Plaintiffs' cause of action arises from a  motor vehicle, pedestrian crash which

occurred in Hempstead County, Arkansas, and resulted in the death of Melenta Zekanovic.

3.    Defendant, United Parcel Service, Inc., is a foreign corporation doing business in

Hemptstead County, Arkansas.

4.    Defendant, Myrtis Easter, is a resident of Pulaski County, Arkansas.

5.    This Honorable Court has personal and subject matter jurisdiction over this matter

and venue is proper herein.

6.    The beneficiaries of the Estate of Melenta Zekanovic, deceased, are:

1. Rosa Zekanovic, spouse;

2. Vladimar Zekanovic, son;

3. Tanja Zekanovic, daughter;

4. Nenda Zekanovic, brother;

5. Tihomir Zekanovic, brother;

6. Nada Gornja, sister; and,

7. Sakavk Harvc, sister.

7.      On May 12, 2016, Melenta Zekanovic was operating a 2007 Volvo tractor trailer traveling West on Interstate 30 near mile marker 30 in Hope, Hempstead County, Arkansas.

8.      At the same time and place Defendant, Myrtis Easter, while acting as an employee of Defendant United Parcel Service, Inc., was operating a 2016 International box truck and was also traveling West on Interstate 30.

9.      As Melenta Zekanovic was lawfully traveling westbound he encountered a mechanical issue with the truck he was driving and thus pulled over on to the shoulder of Interstate 30. He was parked a safe distance over the fog line, on the shoulder, away from the traveled portion of Interstate 30.    He had gotten out of his cab and on to the shoulder when Defendant, Myrtis Easter, lost control of the box truck he was driving, crossed over the fog line, onto the shoulder, and struck Melenta Zekanovic, killing him.

10.      The actions of Defendant, Myrtis Easter, for which Defendant, United Parcel Service, Inc., is also responsible, were the proximate cause of the injuries, damages and death suffered by Melenta Zekanovic.  Specific acts of negligence include, but are not limited to, the following:

a.      Failing to keep a proper lookout;

b.      Failing to keep the vehicle he was driving under proper control;

-2-

    c.      Careless and prohibited driving;

    d.      Driving too fast for conditions;

    e.      Failing to yield the right of way; and,

    f.      Otherwise failing to exercise ordinary care under the circumstances.

11.    At the time of the crash which gives rise to this cause of action, Defendant, Myrtis Easter, was operating a vehicle owned by Defendant, United Parcel Service, Inc.   At all times relevant to this cause of action, Defendant, Myrtis Easter, was acting within the course and scope of his employment with Defendant, United Parcel Service, Inc.   Under the doctrine of *respondeat superior*, Defendant, United Parcel Service, Inc., is vicariously liable for any damages which resulted from the actions of Defendant, Myrtis Easter.

12.    Defendant, United Parcel Service, Inc., was negligent in failing to properly train and supervise Defendant, Myrtis Easter.   Said negligence was a proximate cause of the death of Melenta Zekanovic.

13.    Plaintiff, Jason Files, as Special Administrator of the Estate of Melenta Zekanovic, deceased, seeks the following damages on behalf of the Estate:

    a.      Medical expenses;

    b.      Funeral and burial expenses;

    c.      The damages for the value of Melenta Zekanovic's life;

    d.      The loss of past earnings, earnings capacity, and future earnings; and

    e.      Pain and anguish that Melenta Zekanovic suffered prior to his death.

14.    Plaintiff Jason Files, as Special Administrator of the Estate of Melenta Zekanovic, deceased, and his Surviving Heirs and Dependants, as specifically named in Paragraph 6 above, seeks the following damages on behalf of the wrongful death beneficiaries:

a.      Damages for the mental and emotional anguish suffered by each as a result of the death of Melenta Zekanovic; and,

b.      Economic losses suffered by the wrongful death beneficiaries.

15.     Plaintiffs demand a trial by jury.

16.     Plaintiffs reserve the right to amend their Complaint as additional information is brought to light through discovery, including, but not limited to, Defendant Myrtis Easter's health condition, driving record and disciplinary record while working for Defendant, United Parcel Service, Inc.

WHEREFORE, Plaintiffs pray for judgment of and from the Defendants, in an amount to be determined by a jury, and adequate to compensate them for their losses.   The  amount for each Plaintiff exceeds the current minimum amount required for federal court jurisdiction in diversity of citizenship cases, Seventy-Five Thousand ($75,000) Dollars. Plaintiffs further pray for costs, interest and all other just and proper relief to which they may be entitled.

Respectfully Submitted,

**THE BRAD HENDRICKS LAW FIRM**
500 C Pleasant Valley Drive
Little Rock, Arkansas 72227
(501) 221-0444
(501) 661-0196 fax


BY:_____
MATTHEW E. HARTNESS, ABN 96005