# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
500 NORTH STATE LINE BOULEVARD, ROOM 302
TEXARKANA, ARKANSAS 71854
(870) 773-3381

**DOUGLAS F. YOUNG**
CLERK

August 15, 2016

101 SOUTH JACKSON AVENUE, #205
EL DORADO, ARKANSAS 71730

JOHN PAUL HAMMERSCHMIDT FED. BLDG
35 EAST MOUNTAIN, SUITE 510
FAYETTEVILLE, ARKANSAS 72701

UNITED STATES COURTHOUSE
100 RESERVE STREET ROOM 347
HOT SPRINGS, ARKANSAS 71901

JUDGE ISAAC C. PARKER FED. BLDG.
30 SOUTH 6TH STREET, ROOM 1038
FORT SMITH, ARKANSAS 7290

Ms. Gail Wolfenbarger
Hempstead County Circuit Clerk
P.O. Box 1420
Hope, AR 71802-1420

    Re:    Civil Action No. 16-4060
            Jason Files v. United Parcel Service, Inc.

Dear Ms. Wolfenbarger:

    Enclosed is a certified copy of the Order remanding the above case to your court and a certified copy of our docket entries.

    In the event you are interested in retrieving electronically any or all of the documents filed since removal please contact our Systems Manager Dale Wellman at (479) 695-4415 or dale_wellman@arwd.uscourts.gov.

    By copy of this letter to counsel of record we are notifying each that remand has been completed.

                    Sincerely,

                    DOUGLAS F. YOUNG, CLERK

                    */s/ Marcie Long*
                    Deputy Clerk

Enclosure
cc:  Counsel of Record